1  Douglas F. Foley, OSB #802262
   E-mail: doug.foley@dougfoleylaw.com
2  Alayna L. Nicholes, OSB #152318
   E-mail: alayna.nicholes@dougfoleylaw.com
3  FOLEY SAMPSON & NICHOLES, PLLC
   13115 NE 4th Street, Suite 260
4  Vancouver, Washington 98684
   Telephone: 360.883.0636
5  Facsimile: 360.944.6808
   *Attorneys for Plaintiff*

6

7                      UNITED STATES DISTRICT COURT
                          DISTRICT OF OREGON
8                         PORTLAND DIVISION

9

ALLSTATE INSURANCE COMPANY, an
10 Illinois insurance company incorporated        Civil No. 3:23-cv-00215
   under the Illinois Insurance Code,
11                                                 COMPLAINT FOR DECLARATORY
                  Plaintiff,                       JUDGMENT
12
          v.
13
   CERTAIN UNDERWRITERS AT LLOYD,
14 LONDON, a foreign insurer,

15                Defendant.

16

17     Plaintiff Allstate Insurance Company (hereinafter "Allstate"), by and through its

18 attorneys Douglas F. Foley, and Alayna L. Nicholes of Foley Sampson & Nicholes, PLLC,

19 hereby alleges, as follows:

20                    I.     **PARTIES AND JURISDICTION**

21     1.     This action for Declaratory Judgment is one in which the United States District

22 Court is given original jurisdiction by reason of diversity of citizenship and the requisite

23 amount in controversy exceeds $75,000 pursuant to Title 28, U.S.C. §1332.

24     2.     Plaintiff Allstate Insurance Company is an Illinois insurance company

25 incorporated under the Illinois Insurance Code and authorized to transact the business of

26 insurance in the State of Oregon, whose principal place of business is in the State of Illinois

Page 1 –   COMPLAINT FOR DECLARATORY JUDGMENT          **Foley Sampson & Nicholes, PLLC**
           Case No.                                     13115 NE 4th Street, Suite 260
                                                        Vancouver, WA 98684
                                                        Telephone: 360.883.0636

1  and is deemed a citizen of Illinois for diversity jurisdiction.

2          3.      The Defendant Certain Underwriters at Lloyds, London is a foreign insurer,

3  authorized to transact the business of insurance in the State of Oregon.

4          4.      Allstate issued a policy of insurance to Airbnb, Inc. and Airbnb RPG, Inc.

5  which, subject to all of the terms and conditions of the insurance contract, provided certain

6  coverages to defined "hosts" and any individual or entity providing "host related services" as

7  set forth in that insurance contract.

8          5.      Certain Underwriters at Lloyds, London, issued a Policy of Insurance with

9  liability coverage in regard to Certificate Reference Number PIV134091, and under

10  Authority Reference Number B0572YF19PR01, insuring Michael A. Bourdess and Coleen

11  M. Kane for the rental of a premises located at 79519 Ray Brown Road, Arch Cape Oregon,

12  97102, County of Clatsop, providing coverage against certain casualty losses and liabilities,

13  including liability losses involving the condition of said premises.

14          **II.    FACTS REGARDING THE CLAIM IN CONTROVERSY**

15          6.      Michael A. Bourdess and Coleen M. Kane entered into a contract with Starfish

16  Vacation Rentals, LLC, to rent the property, identified above, through Airbnb RPG Inc.,

17  under the terms set forth in an agreement with Starfish Vacation Rentals, LLC, a true copy of

18  which is set forth, and incorporated by this reference, as Exhibit "A."

19          7.      Michael A. Bourdess and Coleen M. Kane were owners of the property that

20  Starfish Vacation Rentals, LLC, arranged for rental through Airbnb RPG, Inc. identified

21  herein.

22          8.      Christopher Dinan was present on the property owned by Michael A. Bourdess

23  and Coleen M. Kane on or about February 1, 2020, under the Airbnb rental of said property

24  arranged through Starfish Vacation Rentals, LLC.

25          9.      A claim was asserted by Christopher Dinan, seeking recovery for injuries as a

26

Page 2 –  COMPLAINT FOR DECLARATORY JUDGMENT
          Case No.

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

1  result of an accident at said property, resulting from a claimed premises defect at the above-

2  stated location.  A lawsuit was filed against Michael A. Bourdess and Coleen M. Kane,

3  captioned *Christopher Dinan v Michael A. Bourdess and Coleen M. Kane* in the Circuit

4  Court for Clatsop County, Cause No. 21CV23583.  a true copy of which is set forth, and

5  incorporated by this reference, as Exhibit "B."

6        10.    Defendant Certain Underwriters at Lloyds, London, resolved and settled the

7  lawsuit referenced above for the sum of $160,000 and obtained a release of all claims from

8  Christopher Dinan.

9        11.    Demand has been made against Allstate Insurance Company by Certain

10  Underwriters at Lloyds, London seeking equitable subrogation for said sum in regard to a

11  release of all claims, in addition to defense costs, in regard to the settlement of *Christopher*

12  *Dinan v Michael A. Bourdess and Coleen M. Kane*, set forth in Exhibit "B."

13                **III.    DECLARATORY JUDGMENT ACTION**

14        12.    A justiciable controversy exists between the parties hereto.  This controversy

15  can be resolved by this Court through entry of its judgment declaring the rights and liabilities

16  of the parties alleged herein under the contracts of insurance alleged.

17        13.    There is no basis for equitable subrogation by Certain Underwriters at Lloyds

18  of London against Allstate Insurance Company in regard to the settlement or defense of the

19  claim asserted in *Christopher Dinan v Michael A. Bourdess and Coleen M. Kane*.

20        14.    Michael A. Bourdess and Coleen M. Kane do not qualify under the definition

21  of "host" with respect to the coverage otherwise provided by the Allstate Policy.

22        15.    Michael A. Bourdess and Coleen M. Kane did not provide "host related

23  services" under the terms of the Allstate Policy.

24        16.    Because Michael A. Bourdess and Coleen M. Kane were neither defined

25  "hosts" and did not provide "host related services" with respect to the claim of premises

26

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

1  defect asserted in *Christopher Dinan v Michael A. Bourdess and Coleen M. Kane,* there is no

2  available liability coverage for these individuals under the Allstate Insurance Company

3  Policy issued to Airbnb RPG, Inc and Certain Underwriters at Lloyds, London has no claim

4  for, or right to assert, an equitable subrogation claim against Allstate Insurance Company.

5      17.    The Court should enter a Judgment wholly in favor of Allstate declaring,

6  adjudicating, and decreeing that Allstate is not obligated to provide coverage or the costs of

7  defense to Michael A. Bourdess and Coleen M. Kane under the Policy Allstate issued to

8  Airbnb Inc., and Airbnb RPG, Inc.

9      WHEREFORE, Allstate prays for relief as follows:

10     1.    For Judgment against Certain Underwriters at Lloyds, London declaring that

11  the contract of insurance issued by Allstate Insurance Company does not obligate Allstate

12  Insurance Company to provide payment on any claim for equitable subrogation.

13     2.    For Allstate's costs and such other and further relief as may be deemed just

14  and equitable.

15     DATED this day of 13th day of February, 2023.

16

17                          FOLEY SAMPSON & NICHOLES, PLLC

18                          By  /s/ DOUGLAS F. FOLEY
                                Douglas F. Foley, OSB #802262
19                              E-mail: doug.foley@dougfoleylaw.com

20                          By  /s/ ALAYNA L. NICHOLES
                                Alayna L. Nicholes, OSB #152318
21                              E-mail: alayna.nicholes@dougfoleylaw.com
                                Of Attorneys for Plaintiff

22

23

24

25

26

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636