| | |
|---|---|
| Douglas F. Foley, OSB #802262<br>E-mail: doug.foley@dougfoleylaw.com<br>J. Brad Lewis, OSB #892907<br>E-mail: brad.lewis@dougfoleylaw.com<br>FOLEY SAMPSON & NICHOLES, PLLC<br>13115 NE 4th Street, Suite 260<br>Vancouver, Washington 98684<br>Telephone: 360.883.0636<br>Facsimile: 360.944.6808<br>*Attorneys for Plaintiff* | THE HON. JULIE A. RUSSO |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois insurance company incorporated under the Illinois Insurance Code,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD, LONDON, a foreign insurer,<br><br>Defendant/Counterclaim-Plaintiff. | Civil No. 3:23-cv-00215-JR<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff/Counterclaim Defendant, Allstate Insurance Company by and through its attorney, Douglas F. Foley of Foley Sampson & Lewis, PLLC, and Defendant/Counterclaim Plaintiff, Certain Underwriters at Lloyd London, by and through its attorneys, Elizabeth E. Lampson of Davis Rothwell Earle & Xochihua, PC, hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without costs to any party for the reasons that this matter has been fully resolved.

///

///

///

IT IS SO STIPULATED:

Page 1 –   STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
            Case No. 3:23-cv-00215-JR

**Foley Sampson & Lewis, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

```
 1
 2   DATED: 12/20/2023                    /s/ DOUGLAS F. FOLEY
                                          Douglas F. Foley, OSB #802262
 3                                        Of Attorneys for Plaintiff/Counterclaim
                                          Defendant
 4
 5   DATED: 12/20/2023                    /s/ ELIZABETH E. LAMPSON
                                          Elizabeth E. Lampson, OSB #975185
 6                                        Attorney for Defendant/Counterclaim
                                          Plaintiff
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 2 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:23-cv-00215-JR

**Foley Sampson & Lewis, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter is dismissed with prejudice as to all parties and without costs.

DATED this 21st day of December, 2023.

    /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

APPROVED AS TO FORM:

/s/ ELIZABETH E. LAMPSON
Elizabeth E. Lampson, WSBA #975185
Attorney for Defendant/Counterclaim Plaintiff

PRESENTED BY:

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, OSB #802262
Of Attorneys for Plaintiff/Counterclaim Defendant

Page 3 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:23-cv-00215-JR

**Foley Sampson & Lewis, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636